In the Matter of the Probate of the Last Will and Testament of ARTHUR ADOLPH WEINMAN, Deceased.   SIDNEY S. LESSER, as Executor, etc., of ARTHUR ADOLPH WEINMAN, Deceased, and BARBARA SCHNEIDER, Appellants; PHILIP WEINMAN, Respondent; HARRY T. WEEKS, as Special Guardian for ARTHUR WEINMAN, an Infant, etc.— Decree of the Surrogate's Court of Queens county, adjudging that the paper writing propounded as the last will and testament of the deceased was not duly executed in accordance with the laws of the State of New York, and denying probate thereof, entered upon the surrogate's dismissal of the petition for probate on the merits, at the close of the petitioner's proofs, reversed on the law and a new trial ordered of all the issues framed for trial by jury, with costs to each party filing a brief, payable out of the estate.   We are of opinion (a) that the exclusion from the evidence of the paper propounded for probate was error, and (b) that the proponent established a *prima facie* case and that the surrogate was in error in granting, at the close of proponent's case, contestant's motion to dismiss the petition for probate for failure of proof.   Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

DORA KAUFMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— In an action to recover upon a life insurance policy, order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements.   It is not disputed that the insured well knew at the time he received the amount of the loan upon his policy that the balance of the premium for the current policy year had not been deducted.   He was not, therefore, misled.   (*del Rio* v. *Prudential Ins. Co.*, 269 N. Y. 135.)   He further well knew, and was advised by the defendant's agent, that, unless the quarterly premium due May 28, 1932, was paid, the policy would lapse and become forfeited.   The premium was not paid and plaintiff is, therefore, not entitled to summary judgment on this record. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

MURDO MACDONALD, Respondent, v. SOCONY VACUUM OIL COMPANY, Appellant.— Appeal dismissed on call of calendar, no briefs having been filed and there being no appearance for the appellant.   Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DAYTON, Appellant.— Judgment of the County Court of Nassau county, convicting the defendant of violating section 1140-a of the Penal Law, unanimously affirmed. No opinion.   Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE LONG ISLAND RAIL ROAD COMPANY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of the crime of violating section 211 of the Sanitary Code of the City of New York (discharge of dense smoke) and sentencing it to pay a fine of $500 unanimously affirmed.   No opinion.   Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

LOUIS J. STRAUSE, Respondent, v. KEYSTONE CAB Co., INC., Appellant.— Appeal dismissed on call of calendar, no briefs having been filed and there being no appearance for the appellant.   Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.